# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DIANA JACKSON | ) |
| Plaintiff, | ) |
| | ) Docket No. 3:23-cv-00085 |
| MONTGOMERY COUNTY, TENNESSEE, | ) Judge Trauger |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff DIANA JACKSON and Defendant MONTGOMERY COUNTY, TENNESSEE, jointly stipulate to the dismissal of this action with prejudice. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Ryan Sullivan
Ryan Sullivan
BIESECKER DUTKANYCH & MACER, LLC
*Attorney for Plaintiff*
144 North Delaware Street
Indianapolis, IN 46204
P: (3175) 991-4765
F: (812) 424-1005
rsullivan@bdlegal.com

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Kyle Biesecker
Kyle Biesecker (#28872)
BIESECKER DUTKANYCH & MACER, LLC
*Attorney for Plaintiff*
3200 West End Avenue, Suite 500
Nashville, TN 37203
P: (615) 783-2171
F: (812) 424-1005
kfb@bdlegal.com


Respectfully submitted,

LAW OFFICE OF W. TIMOTHY HARVEY

By: /s/ Rebecca J. Garman
W. Timothy Harvey (#10469)
Rebecca J. Garman (#026317)
*Attorneys for the Defendants*
310 Franklin Street
Clarksville, Tennessee 37040
P: (931) 552-0549
F: (931) 552-0559
timharvey@wtharveylaw.com
rebeccagarman@wtharveylaw.com